■ MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, Plaintiff, v WILLIAM M. PORTER, Appellant, and EDWARD H. NIESSER et al., Respondents, et al., Defendants. (Appeal No. 1.) [860 NYS2d 410]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered November 16, 2006. The order granted the trial motion of defendants Edward H. Niesser and Boulevard Twin City Transmissions, Inc. and dismissed the complaint and cross claims against them.

It is hereby ordered that the order so appealed from is affirmed without costs.

Same memorandum as in *Carlson v Porter* (53 AD3d 1129 [2008]).

All concur; Pine, J., concurs in the memorandum insofar as it concerns appeal No. 1 only. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.